Michael A. Strauss (SBN 246718)
mike@strausslawyers.com
STRAUSS & STRAUSS, APC
226 W. Ojai Ave, Ste 101-325
Ojai, CA 93023

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE HERNANDEZ, an individual,<br><br>                                   Plaintiff(s),<br>v.<br>THE ELEVANCE HEALTH COMPANIES, INC., an Indiana Corporation; LESLIE SOLOKI, an individual; and DOES 1 through 100, inclusive,<br><br>                                   Defendant(s). | CASE NUMBER<br><br>2:23-cv-01705 MWF (ADSx)<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

December 1, 2023                                    [signature]
_____                          _____
       *Date*                                               *Signature of Attorney/Party*

NOTE:  **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

   **F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*